Martin Taleisnik, SBN: 172218
*SAWL LAW GROUP*
2150 Tulare Street
Fresno, CA 93721
Telephone: (559) 266-9800
Facsimile: (559) 266-3421

Attorney for Vivian M. Bengtson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VIVIAN M. BENGTSON,<br>Defendant. | CASE NO. 1:16-MJ-00139-SAB<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE |

**BACKGROUND**

This matter is currently scheduled for a status conference on **March 23, 2017**. There is no current trial date set. The parties are close to reaching a plea agreement in this case. They therefore request that the status conference be vacated and the case set in front of the District Court for further status conference/change of plea on **May 4, 2017**. Counsel agree that time between the current status conference and the change of plea hearing should be excluded under the Speedy Trial Act for defense preparation and continuity of counsel.

A proposed order appears below.

//

//

//

//

//

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for March 23, 2017 be vacated. The mater will be set for further status conference/change of plea in front of the District Court on May 4, 2017. Time shall be excluded from March 23, 2017 to ay 4, 2017 under the Speedy Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

*SAWL LAW GROUP*

DATED: March 17, 2017

By: /s/ Martin Taleisnik
Martin Taleisnik
Attorney for Vivian M. Bengtson

DATED: March 17, 2017

By: /s/ Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney

**O R D E R**

**IT IS HEREBY ORDERED t**hat the status conference currently set for March 23, 2017 is continued to May 4, 2017 at 10:00 a.m. As this case is a petty offense misdemeanor there is no need to exclude time under the Speedy Trial Act as such an offense does not apply to the Act. 18 U.S.C. § 3172(2). However, the Court will note the waiver by the parties of the constitutional right to a speedy trial under the Sixth Amendment to the United States Constitution. On May 4, 2017, if a change of plea does not occur, then the matter will be set for trial. No further extensions will be granted. The defendant is ordered to appear at the May 4, 2017 hearing.

IT IS SO ORDERED.

Dated: **March 20, 2017**

UNITED STATES MAGISTRATE JUDGE