1  PHILLIP A. TALBERT
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

   Attorneys for Plaintiff
6    UNITED STATES OF AMERICA

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 1:16-mj-00139-SAB |
|---|---|
| Plaintiff, | [Citation #6043552 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| VIVIAN MARIE BENGSTON, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Michael Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:16-mj-00139-SAB [Citation #6043552] against Vivian Marie Bengston without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 7, 2017                Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

                              By:       /s/ Michael Tierney
                                        MICHAEL TIERNEY
                                        Assistant U.S. Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:16-mj-00139-SAB [Citation #6043552] against Vivian Marie Bengston be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **September 8, 2017**

UNITED STATES MAGISTRATE JUDGE